RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Billy Ray McDuffy

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BILLY RAY MCDUFFY,<br><br>            Defendant. | Case No. 2:16-cr-0273-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Billy Ray McDuffy, that the Sentencing Hearing currently scheduled on August 17, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs the additionally time to conduct mitigation and draft her sentencing memorandum.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 8th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Phillip N. Smith Jr.*<br>By_____<br>PHILLIP N. SMITH JR.<br>Assistant United States Attorney |

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00273-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| BILLY RAY MCDUFFY, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 17, 2017 at 9:30 a.m., be vacated and continued to October 3, 2017 at the hour of 9:30 a.m.; or to a time and date convenient to the court in Courtroom 6C.

DATED this 9th of August, 2017.

UNITED STATES DISTRICT JUDGE