UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>BILLY RAY McDUFFY,<br><br>　　　Defendant | Case No.: 2:16-cr-00273-APG-GWF<br><br>**Order Denying Motion**<br><br>[ECF No.48] |

Defendant Billy Ray McDuffy filed a motion asking me to recommend that the Bureau of Prisons place him in a halfway house or on home confinement for six months preceding his release from confinement. ECF No. 48. Placement during custody and conditions of confinement are within the control of the Bureau of Prisons. Moreover, representatives of the Bureau have far greater knowledge than I of Mr. McDuffy's needs and his behavior while in custody. I have nothing upon which to base a recommendation, and I thus must defer to the Bureau of Prisons to make this determination. However, I am not aware of any reason why Mr. McDuffy's request should not receive due consideration by the Bureau.

　　　Dated this 10th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE