CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLY RAY MCDUFFY,<br><br>Defendant. | Case No.: 2:16-cr-00273-APG-GWF<br><br>**Joint Stipulation to Continue Revocation Hearing**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Billy Ray McDuffy, that the Revocation Hearing currently scheduled on Wednesday, April 28, 2021 at 4:00 p.m., be vacated and continued for 30 days, or a time convienient to this Court.

This Stipulation is entered into for the following reasons:

1. The defendant is currently pending a state case matter, which is related to the allegations in paragraphs one of the revocation of supervised release petition. The state court matter is currently scheduled for status check on April 13, 2021.

2. Counsel for the government is not available at the currently scheduled date and time, and Probation Officer King is unavailable the first week of May.

3. Defendant is not in custody.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Raquel Lazo*<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By /s/ *Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BILLY RAY MCDUFFY,

      Defendant.

Case No.: 2:16-cr-00273-APG-GWF

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 28, 2021 at 4:00 p.m., be vacated and continued to May 11, 2021 at the hour of 2:00 p.m. in Courtroom 6C.

DATED this 9th day of April, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE